ORIGINAL


**FILED**

04/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 13-0429

## IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 13-0429

_____

IN THE MATTER OF AN APPOINTMENT
TO THE MONTANA CHIROPRACTIC                        O R D E R
LEGAL PANEL

_____

The Director of the Montana Chiropractic Legal Panel, Becky Zaharko, resigned from the panel on April 19, 2024. The Court thanks Ms. Zaharko for her valuable contribution to the Panel.

Pursuant to § 27-12-201, MCA, the Executive Director of the Montana Chiropractic Association shall appoint the director of the panel, subject to the approval of the Chief Justice of the Montana Supreme Court.

IT IS HEREBY ORDERED that the Supreme Court approves the appointment of Dawn Apple as the Director of the Chiropractic Legal Panel, effective April 19, 2024.

The Clerk of this Court is directed to provide copies of this Order to Brad Griffin, Becky Zaharko, and Dawn Apple.

DATED this 23RD day of April, 2024.

_____
Chief Justice


FILED
APR 2 3 2024
Bowen Greenwood
Clerk of Supreme Court
State of Montana